DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INNOCENT CHINWEZE,**
Appellant,

v.

**ANTHONIA N. OGBANUFE,**
Appellee.

No. 4D18-1513

[July 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. FMCE 08-000176.

Innocent Chinweze, Miramar, pro se.

Michael J. Costantino of New Horizons Law, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***